IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ART BARTLETT,

    Plaintiff,

v.                                                                       No. 14-cv-0183 SCY/SMV

P.N. FINANCIAL, INC.,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. According to the affidavit of service, Plaintiff served Defendant on March 6, 2014. *See* [Doc. 6]. Plaintiff has failed to take any steps to prosecute his claims since serving the Defendant. Accordingly, Plaintiff must show good cause within 30 days why this action should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **July 28, 2014**, why this action should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

                                                                                                       _____

                                                                                         **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**